IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| **JAMES W. ROBBINS,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No.: 3-04-CV-602** |
| | ) | **Magristrate Guyton** |
| **ECONOMY PREMIERE ASSURANCE** | ) | |
| **COMPANY, A DIVISION OF** | ) | |
| **METROPOLITAN PROPERTY AND** | ) | |
| **CASUALTY INSURANCE COMPANY,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## ORDER OF COMPROMISE AND SETTLEMENT

The parties having agreed, as evidenced by the signatures of respective counsel hereto, that all matters in controversy have been compromised and settled;

It is, therefore, ORDERED, ADJUDGED and DECREED that the Complaint and Counter-Complaint are hereby dismissed with prejudice. Each party shall bear its own discretionary costs.

Entered this _____ day of December, 2005.

                                                                s/ H. Bruce Guyton
                                                          _____
                                                          HOLTON BRUCE GUYTON
                                                          HONORABLE MAGISTRATE JUDGE

APPROVED FOR ENTRY:


s\DAVID H. DUNAWAY
DAVID H. DUNAWAY
Attorney at Plaintiff
100 South Fifth Street
P.O. Box 231
LaFollette, TN  37766-0231
423-562-7085



s\MICHAEL P. MILLS
MICHAEL P. MILLS, BPR #10551
Attorney for Metropolitan Property & Casualty
MILLS & COOPER
P.O. Box 24969
Nashville, TN  37202-4969
615-221-8218


## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2005, a copy of the foregoing Order was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

      s/MICHAEL P. MILLS
      **MICHAEL P. MILLS, #10551**
      Attorney for Defendants
      MILLS & COOPER
      P.O. Box 24969
      Nashville, TN 37202-4969
      (615) 221-8218